# UNITED STATES BANKRUPTCY COURT
## Northern District of Iowa

In Re:  Jason S. Anderson

Debtor(s)

Case No.: 11−00900

Chapter:  7

## FINAL DECREE

The estate of the above−named debtor(s) has been fully administered.

**IT IS ORDERED THAT**

**Michael C. Dunbar**

is discharged as trustee of the estate of the above−named debtor(s);

**IT IS FURTHER ORDERED THAT** the Chapter 7 case of the above−named debtor(s) is closed.

Dated: 7/27/11

Sean F. McAvoy
Bankruptcy Clerk